■ JOSEPH NESTOR et al., Respondents, v JOHN P. TILDEN, LTD., Appellant.—Judgment, Supreme Court, New York County (Beatrice Shainswit, J.), entered on November 16, 1990, unanimously affirmed for the reasons stated by Beatrice Shainswit, J., without costs. No opinion. Concur—Milonas, J. P., Ross, Asch, Kassal and Smith, JJ.